[NOT FOR PUBLICATION-NOT TO BE CITED AS PRECEDENT]

# United States Court of Appeals
## For the First Circuit

---

No. 00-1853

UNITED STATES,

Plaintiff, Appellee,

v.

TWO RURAL LOTS LOCATED AT ROAD 421, MOCA, PUERTO RICO,

Defendant,

_____

VICTOR M. VALLE-LASSALLE,

Appellant.

---

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

[Hon. Héctor M. Laffitte, U.S. District Judge]

---

Before

Boudin, Chief Judge,
Selya and Lynch, Circuit Judges.

---

Victor M. Valle-Lassalle on brief pro se.
Guillermo Gil, United States Attorney, Miguel A. Fernandez, Assistant U.S. Attorney, and Jose Javier Santos Mimoso, Assistant U.S. Attorney, on brief for appellee.

June 25, 2001

**Per Curiam**.  The district court orders rejecting appellant's challenge to the "default decree of forfeiture," which was entered on February 26, 1999, are hereby affirmed. The record clearly establishes that appellant received notice of the forfeiture proceeding; indeed, it shows that he received more notice than was constitutionally required. See Whiting v. United States, 231 F.3d 70, 76-77 (1st Cir. 2000).  And the alternative version of events advanced by appellant on appeal--that a second forfeiture proceeding was initiated after the first one was terminated--is likewise belied by the record.

Affirmed.  See Loc. R. 27(c).